UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS UNION,
LOCAL 103, AFL-CIO

v.                                           CASE NUMBER: 05-10237-RCL

MASSACHUSETTS ELECTRIC
CONSTRUCTION COMPANY

## CORPORATE DISCLOSURE STATEMENT OF MASS. ELECTRIC CONSTRUCTION CO.

Pursuant to Rule 1:21 of the Rules of the Supreme Judicial Court, Mass. Electric Construction Co. hereby submits the following corporate disclosure statement:

Mass. Electric Construction Co., a Delaware Corporation, is a wholly owned subsidiary of Kiewit Construction Company, which is a wholly owned subsidiary of Kiewit Corporation, which is a wholly owned subsidiary of Peter Kiewit Sons', Inc. None of these entities is a publicly held corporation.

MASS. ELECTRIC CONSTRUCTION CO.
By Its Attorneys

Dated: April 14, 2005

Kieran B. Meagher, BBO# 340920
Kieran B. Meagher Associates LLC
92 Montvale Avenue
Stoneham, MA 02180
(781) 246-1101

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April 2005 I mailed a true copy of the within Corporate Disclosure Statement of Plaintiff Mass. Electric Construction Co. by first-class mail, postage prepaid to:

Ira Sills, Esquire
Segal Roitman & Coleman
11 Beacon Street
Boston, MA 02108

Kieran B. Meagher

C:\Shared\KBM\MEC\IBEW Local 103\Corporate Disc Statement 4 14 05.doc