UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 103, AFL-CIO )<br><br>Plaintiff, )<br>v. )<br><br>MASSACHUSETTS ELECTRIC CONSTRUCTION COMPANY, )<br><br>Defendant. ) | Case No. 05-10237-RCL |

## ASSENTED-TO MOTION FOR TWO DAY EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM

Plaintiff and Defendant-in-Counterclaim International Brotherhood of Electrical Workers, Local 103, AFL-CIO, ("Local 103"), moves, with the assent of Defendant Massachusetts Electric Construction Company ("Defendant"), for a two-day extension of time to file an answer or responsive pleading to Defendant's counterclaim on or before May 6, 2005. Leave is requested to accommodate the litigation schedule of counsel for IBEW Local 103.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for Defendant in this action has given his assent to this motion.

WHEREFORE, Local 103 respectfully requests that the Court grant such leave.

Dated: May 4, 2005                          Respectfully Submitted,

                                            INTERNATIONAL BROTHERHOOD OF
                                            ELECTRICAL WORKERS, LOCAL 103
                                            By:  /s/  Rachel E. Rosenbloom
                                            Rachel E. Rosenbloom
                                            BBO # 655318
                                            SEGAL, ROITMAN & COLEMAN
                                            11 Beacon Street, Suite 500
                                            Boston, MA  02108
                                            (617) 742-0208