UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 103, AFL-CIO ) ) ) ) | |
| Plaintiff, ) | Case No. 05-10237-RCL |
| v. ) | |
| MASSACHUSETTS ELECTRIC CONSTRUCTION COMPANY, ) ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of Plaintiff and Defendant-in-Counterclaim IBEW Local 103's Motion for Two Day Extension of Time to File Answer or Responsive Pleading to Respondent's Counterclaim was served upon Kieran B. Meagher, Esq., Kieran B. Meagher Associates, LLC, 92 Montvale Ave., Stoneham, MA 02180 via first class mail, postage prepaid, this 4th day of May, 2005.

                                                    /s/ Rachel E. Rosenbloom
                                                    Rachel E. Rosenbloom