UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 103, AFL-CIO | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-10237-RCL |
| v. | ) ) | |
| MASSACHUSETTS ELECTRIC CONSTRUCTION COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM IBEW LOCAL 103'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

Now comes Plaintiff and Defendant-in-Counterclaim International Brotherhood of Electrical Workers, Local 103, AFL-CIO ("Local 103" or "Union") and moves this Honorable Court to dismiss Defendant's Counterclaim. As grounds for its Motion, Local 103 respectfully shows that the Counterclaim fails to state a claim upon which relief may be granted.

In support of its Motion to Dismiss, Local 103 submits herewith a Memorandum of Law.

1

WHEREFORE, Local 7 respectfully requests that Defendant's Counterclaim be dismissed with prejudice.

Respectfully submitted,

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, LOCAL 103

By its attorneys,

/s/ Rachel E. Rosenbloom
Ira Sills, Esq. BBO # 462220
Indira Talwani, Esq. BBO #645577
Rachel E. Rosenbloom, Esq. BBO #655318

**SEGAL, ROITMAN & COLEMAN**
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

Dated: May 5, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with Defendant's counsel, Keiran B. Meagher, Esq., on May 4, 2005, and attempted in good faith to resolve or narrow the issues.

/s/ Rachel E. Rosenbloom
Rachel E. Rosenbloom

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of foregoing Memorandum of Law in Support of Plaintiff and Defendant-in-Counterclaim IBEW Local 103's Motion to Dismiss Defendant's Counterclaim was served upon Kieran B. Meagher, Esq., Kieran B. Meagher Associates, LLC, 92 Montvale Ave., Stoneham, MA 02180 via first class mail, postage prepaid, this 5th day of May, 2005.

                                            /s/ Rachel E. Rosenbloom
                                            Rachel E. Rosenbloom