UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                )
INTERNATIONAL BROTHERHOOD OF  )
ELECTRICAL WORKERS UNION,            )
LOCAL 103, AFL-CIO                              )
                                                                )
                    Plaintiff,       )    Case No. 05-10237-RCL
   v.                                                       )
                                                                )
MASSACHUSETTS ELECTRIC                 )
CONSTRUCTION COMPANY,               )
                                                                )
                    Defendant.   )
_____)

LOCAL RULE 16.1(d)(3) CERTIFICATION

Plaintiff International Brotherhood of Electrical Workers Union, Local 103, and its counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____/s/_____        _____/s/_____
Michael Monahan, for International              Ira Sills, Esq. BBO # 462220
Brotherhood of Electrical Workers Union,   Indira Talwani, Esq. BBO #645577
Local 103                                                    Rachel E. Rosenbloom, Esq. BBO # 655318
                                                                        **SEGAL, ROITMAN & COLEMAN**
                                                                         11 Beacon Street, Suite 500
                                                                         Boston, MA 02108
                                                                         (617) 742-0208

Dated:  June 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff IBEW Local 103's Local Rule 16.1(d)(3) Certification was served upon Kieran B. Meagher, Esq., Kieran B. Meagher Associates, LLC, 92 Montvale Ave., Stoneham, MA 02180 via first class mail, postage prepaid, this 3rd day of June, 2005.

_____/s/_____
Rachel E. Rosenbloom