UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**INTERNATIONAL BROTHERHOOD OF**
**ELECTRICAL WORKERS UNION, LOCAL 103**
            Plaintiff(s)

        v.                                      CIVIL ACTION NO. **05-10237-RCL**

**MASSACHUSETTS ELECTRIC**
**CONSTRUCTION CO.**
            Defendant(s)

## JUDGMENT IN A CIVIL CASE

LINDSAY, D.J.

☐    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. In accordance with the Court's allowance of Petition to Confirm Arbitration Award on June 17, 2005;

   **IT IS  ORDERED AND ADJUDGED**

   Judgment for the  Plaintiff, International Brotherhood of Electrical Workers Union, Local 103 confirming the arbitration award.

                                        Sarah A. Thornton, Clerk

Dated:  June 23, 2005                    /s/ Lisa M. Hourihan
                                        ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                    [jgm.]